JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH WAYNE GERMAIN,** | NO. CV 13-2000-CJC (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| **RALPH M. DIAZ, WARDEN,** | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 9, 2015

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE